IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                         CASE NO. 4:10-cv-00153-MP-AK

ROSEMARY BARKETT, SUSAN H BLACK, PHILIP WAYNE EDWARDS, STEPHAN P MICKLE, WILLIAM C SHERRILL, JR,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Motion for Injunction by Randall Lamont Rolle, Doc. 10. Mr. Rolle's complaint was dismissed on June 15, 2010, for failure to state a claim upon which relief may be granted and as barred by absolute immunity, Doc. 8. Now comes Mr. Rolle to request "an injunction ordering an evidentiary hearing and declaring unconstitutional the procedure used to deny Plaintiff relief." Because this action has already been dismissed, this motion cannot be heard and must also be dismissed. To the extent this motion should be construed as a motion for reconsideration under Federal Rule of Civil Procedure 59, it is denied. Accordingly, it is

    **ORDERED AND ADJUDGED:**

1.     Motion for Injunction, Doc. 10, is DENIED.

    **DONE AND ORDERED** this __22nd__ day of June, 2010

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge