IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                                       CASE NO. 4:10-cv-00153-MP-AK

ROSEMARY BARKETT, SUSAN H BLACK, PHILIP WAYNE EDWARDS, STEPHAN P MICKLE, WILLIAM C SHERRILL, JR,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Motion to Set Aside Order, Doc. 8, and Clerk's Judgment, Doc. 9, and Motion for Leave to File Amended Complaint by Randall Lamont Rolle, Doc. 14. Plaintiff moves under Federal Rule of Civil Procedure 60(b) to set aside the order and judgment dismissing this action, and attaches a proposed amended complaint. There is no circumstance described in Rule 60(b) that applies to invalidate the judgment in this case, and there is no reason to set aside the order dismissing the case. The Court declines to grant Plaintiff's requested relief, and this Motion, Doc. 14, is DENIED.

    **DONE AND ORDERED** this  _29th_ day of June, 2010

                                              *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge